THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: September 16, 2014



Susan V. Kelley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re
Jermaine Franklin and
Felicia Renee Franklin,
         Debtors.

Chapter 13
Case No. 12-35861-svk

## ORDER ALLOWING COMPENSATION TO DEBTORS' ATTORNEYS

    Michelson Law Office, the attorneys for the Debtors in this case, filed an Application for Compensation seeking allowance of $2,420.53 in unpaid compensation, consisting of $2,120.00 in fees and $300.53 costs, through August 12, 2014. Notice of the Application was served on all creditors and parties in interest, and no objections were filed. The services provided were necessary and beneficial to the Debtors, and the compensation appears to be reasonable under 11 U.S.C. § 330(a)(4)(B).

    IT IS THEREFORE ORDERED: the Court approves and allows compensation for Michelson Law Office in the amount of $2,420.53, consisting of $2,120.00 in fees and $300.53 in costs, as an administrative priority claim in the Debtors' case, to be paid by the Trustee through the plan.

    IT IS FURTHER ORDERED: if the Debtors' case is converted or dismissed before this claim is paid in full, the Trustee will pay this administrative priority claim prior to refunding any funds to the Debtors.

    .                        # # # # #